## WALKER V. THE STATE.
### (Decided April 13, 1911.)

APPEAL from Mobile City Court.

Heard before Hon. O. J. SEMMES.

No counsel marked for appellant. ROBERT C. BRICK-
ELL, Attorney General, for the State.

McCLELLAN, J.—No errors of record. Affirmed.

SIMPSON, MAYFIELD and SOMERVILLE, JJ., concur.